IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01637-BNB

GREGORY CARTER,

Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -6 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Gregory Carter, currently resides in Denver, Colorado. He has filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. The Court must construe the Application liberally because Mr. Carter is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Carter will be ordered to file an Amended Application.

Mr. Carter alleges that he was convicted in the Jefferson County District Court on charges of sex offense, bribery, and bail bond violation and was sentenced to twenty-two years of incarceration. Applicant further asserts that the judgment of conviction was entered on April 7, 2000, that he appealed and the Colorado Supreme Court entered a mandate on October 26, 2001, affirming the conviction. Mr. Carter also alleges that he filed a postconviction motion pursuant to Colo. R. Crim. P. 35(c) on

December 12, 2002, in which partial relief was granted on October 17, 2003. He further states that he appealed the partial relief decision, but the decision was affirmed on February 21, 2008, and a mandate was entered on June 19, 2008.

Mr. Carter has failed to complete the Court-approved form in a manner that makes clear the claims he intends to assert in this Court. He fails to state any claims in the application form. Instead, he simply has written under the claims section of the application form "claims presented as in opening brief presented to state appelate [sic] court."

Mr. Carter will be given an opportunity to file an Amended Application. He is instructed to state each of his claims on the application form in the space provided. In addition, Mr. Carter also must demonstrate how he has exhausted state remedies as to each asserted claim. *See* 28 U.S.C. § 2254(b)(1); *Dever v. Kansas State Penitentiary*, 36 F.3d 1531, 1534 (10th Cir. 1994). Accordingly, it is

ORDERED that Mr. Carter file, **within thirty days from the date of this Order**, an Amended Application that complies with the Order. It is

FURTHER ORDERED that Mr. Carter's Amended Application shall be titled, "Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Carter, together with a copy of this Order, two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form for use in filing the Amended Application:. It is

FURTHER ORDERED that if Mr. Carter fails within the time allowed to file an Amended Application as directed the Application will be denied and the action will be dismissed without further notice.

DATED August 6, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01637-BNB

Gregory Carter
1175 S. Huron Street
Denver, CO 80223

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form** to the above-named individuals on 8/6/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk